UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                         CASE NO. 06 B 08788
  SAMMY R WILLIAMS
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-4908
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/24/06 and confirmed on 01/12/07.

2. The case was converted to Chapter 7 after confirmation, 10/04/2007.

3. The Debtor paid a total of $ 10578.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREAT LAKES CREDIT UNION | SECURED | 27555.00 | 1648.58 | 6086.18 |
| SPRINT NEXTEL | UNSECURED | 807.55 | .00 | .00 |
| ABBOTT LABORATORIES CU | UNSECURED | NOT FILED | .00 | .00 |
| SBC CAPITAL SERV | UNSECURED | 5064.64 | .00 | .00 |
| CITIFINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMERS COOPERATIVE CU | SPECIAL CLASS | 13251.00 | .00 | .00 |
| DAVID J AXELROD & ASSOC | UNSECURED | 40902.62 | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MBGA CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 3620.43 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| OFFICE DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| OLD SECOND NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| RECEIVABLE MANAGEMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | NOT FILED | .00 | .00 |
| ABBOTT LABORATORIES CU | SECURED | 3959.74 | 206.24 | 1602.13 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABBOTT LABORATORIES CU | SPECIAL CLASS | 13527.50 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 5637.16 | .00 | .00 |
| B REAL LLC | UNSECURED | 3008.73 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 22629.65 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 564.18 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1712.21 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 701.00 | .00 | .00 |

Summary of disbursements:

---

|                       | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL     |
|-----------------------|-----------|----------|-----------|-------|-----------|
| TOTAL CLMS ALLOWED    | 31514.74  | 1712.21  | 109714.46 | .00   | 142941.41 |
| PRINCIPAL PAID        | 7688.31   | .00      | .00       | .00   | 7688.31   |
| INTEREST PAID         | 1854.82   | .00      | .00       | .00   | 1854.82   |
| TOTAL PAID            | 9543.13   | .00      | .00       | .00   | 9543.13   |

The Debtor's attorney, PAUL M BACH                         , was allowed $   2500.00
and was paid $    1226.00   direct and $     585.76   through the plan.

The Trustee received $     449.11 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/14/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE